MICHELE BECKWITH
Acting United States Attorney
J. Douglas Harman
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00369-KJM |
| Plaintiff, | ORDER FOR DISMISSAL OF INDICTMENT |
| v. | [Fed. R. Crim. P. 48(a)] |
| ANGEL MADUENO-MEZA, | |
| Defendant. | |

**ORDER**

The court hereby orders the indictment in case number 1:12-CR-00369-KJM, filed on October 25, 2012, be DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: April 15, 2025.

_____
UNITED STATES DISTRICT JUDGE

1